United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-11631-amc
Edwin O Ceballos Fernandez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 30, 2025     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Edwin O Ceballos Fernandez, 600 S 51st St, Philadelphia, PA 19143-1650 |
| 15002380 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15002384 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15002373 | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15002370 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2025 00:20:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15002371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2025 00:20:50 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15004244 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2025 00:32:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15026940 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2025 00:20:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15012544 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2025 00:32:50 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15002372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2025 00:33:20 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15002374 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15002375 | | Email/Text: mrdiscen@discover.com | Jul 31 2025 00:15:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15002376 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2025 00:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15021229 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:20:03 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 25-11631-amc   Doc 17   Filed 08/01/25   Entered 08/02/25 00:39:45   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15021223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2025 00:32:25 | PO Box 10587, Greenville, SC 29603-0587<br>MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15002377 | | Email/Text: fesbank@attorneygeneral.gov | Jul 31 2025 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15002378 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15006226 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15002379 | ^ | MEBN | Jul 31 2025 00:14:05 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15002381 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15002382 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Jul 31 2025 00:15:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 15019561 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2025 00:20:02 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15007075 | + | Email/Text: bankruptcy@bbandt.com | Jul 31 2025 00:15:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15002383 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2025 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15002385 | | Email/Text: bankruptcynotices@varomoney.com | Jul 31 2025 00:15:00 | Varo Bank, Attn: Bankruptcy, 222 Kearny Street 9th Floor, San Francisco, CA 94108 |
| 15002386 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 31 2025 00:32:31 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15002369 | ##+ | Associated Credit Services, LLC, Attn: Bankruptcy, 115 Flanders Road, Ste 140; POB 5171, Westborough, MA 01581-1087 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edwin O Ceballos Fernandez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| EDWIN O CEBALLOS FERNANDEZ | Bankruptcy No. 25-11631-AMC |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 30, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge